ARTHUR STROUGH and Others, Comprising the MAYOR AND THE BOARD OF TRUSTEES OF THE VILLAGE OF CANASTOTA, NEW YORK, and CARL WEIMER and Others, Constituting the WATER COMMISSIONERS OF THE VILLAGE OF CANASTOTA, NEW YORK, Appellants, v. FRANK CONLEY and Others, as Successors in Title of

Edwin Bull and Smith Cady, of the Town of Sullivan, Madison County, New York, S. Perry Smith and Ellen T. Smith, of Morrisville, New York, Romain D. Button and Emma F. Button, of the Town of Sullivan, Madison County, New York, Respondents.— Motion by defendant-appellants Conley and Ryan for leave to withdraw appeals granted, with forty dollars costs, payable by the defendant-appellants Conley and Ryan to the plaintiff-respondents. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.